■ In the Matter of MATTHEW R. ANGIULLI, as Administrator of the Estate of FRANK A. ANGIULLI, Also Known as FRANCIS A. ANGIULLI, Deceased, Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Oneida County Surrogate's Court, Ringrose, S. (Appeal from Order of Oneida County Surrogate's Court, Ringrose, S.—Judicial Settlement.) Present—Denman, P. J., Doerr, Green, Balio and Lawton, JJ. *[See,* 148 Misc 2d 796.]

■ EDWARD KWIATEK, Doing Business as E.M.E. TRUCKING, Respondent, v BUFFALO TRUCK SALES & SERVICE et al., Defendants, and VOLVO GM HEAVY TRUCK CORPORATION, Appellant. —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court erred in denying Volvo's motion for summary judgment. Plaintiff cannot establish a prima facie cause of action because, by failing to comply with a prior conditional order of preclusion, plaintiff is barred from introducing any evidence regarding the central issues of liability and damages *(see, Zletz v Wetanson,* 67 NY2d 711, 713; *Thompson v County of Erie,* 91 AD2d 850, *affd* 61 NY2d 648; *Depo v Marine Midland Bank,* 79 AD2d 846, *affd* 54 NY2d 943; *McCraith v Wehrung,* 42 AD2d 825). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.— Summary Judgment.) Present—Denman, P. J., Doerr, Green, Balio and Lawton, JJ.